OPINION — AG — ** LEGISLATURE — CONTRACT — VESTED RIGHTS ** VESTED RIGHTS UNDER THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM MAY 'NOT' DESTROYED OR IMPAIRED BY LEGISLATIVE ACTION, EXCEPT THAT REASONABLE MODIFICATIONS INCIDENTALLY AFFECTING VESTED RIGHTS MAY BE MADE TO THE EXTENT NECESSARY TO MAINTAIN THE INTEGRITY AND FLEXIBILITY OF THE SYSTEM. (RETIREMENT SYSTEM, RELATIONSHIP, STATE AND EMPLOYEE, MEMBER OF THE SYSTEM, ABROGATION OF CONTRACT, LIABILITY) CITE: 74 O.S. 911 [74-911], 74 O.S. 912.1 [74-912.1] [74-912.1], 74 O.S. 917 [74-917], 74 O.S. 923 [74-923] [74-923], ARTICLE V, SECTION 54, OPINION NO. 72-146 (JIMMY D. GIVENS) ** SEE: OPINION NO. 94-045 — WITHDRAWS 82-011, 86-054 **